ACCEPTED
12-15-00273-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/25/2015 5:52:53 PM
Pam Estes
CLERK

David Mark Davis II
11 Glenview Ct
Lufkin, Texas  75901
(936) 238-8507
dmarkdavis2@gmail.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/25/2015 5:52:53 PM
November 25, 2015
PAM ESTES
Clerk

Twelfth Court of Appeals
Clerk of Court
1517 West Front Street
Suite 354
Tyler, Texas 75702

Subject: Ex. Parte David Mark Davis II
        12-15-00273-CR

Dear Ms. Estes:

On November 12, 2015, your office notified me of a jurisdictional deficiency concerning my notice of appeal in the above referenced case. On November 12, 2015, I submitted an amended notice of appeal. Furthermore, on November 12, 2015 I also sent the trial court a request to complete the standard form regarding the certification of my right to appeal the denial of my habeas petition.

On November 17, 2015, you notified me that the certification of my right to appeal was still not on file.  A copy of this notice was sent to the trial court,

Please see attached a copy of a follow up letter that was sent to the trial court today regarding this missing document.

Respectfully,


David Mark Davis II
Appellant, Pro Se

## CERTIFICATE OF SERVICE

I certify that at the time of filing, a copy of the foregoing Letter was served on The State of Texas through counsel of record, Mr. James Yakovsky, by email to jyakovsky@angelinacounty.net.

_____
David Mark Davis II

David Mark Davis II
11 Glenview Ct
Lufkin, Texas 75901
(936) 238-8507
dmarkdavis2@gmail.com

November 25, 2015

Hon. Wes Suiter
Angelina County Judge
P. O. Box 908
Lufkin, Texas 75902-0908

Via email wsuiter@angelinacounty.net
Via USPS First Class Mail

Subject: Ex. Parte David Mark Davis II
12-15-00273-CR

Dear Judge Suiter:

I sent you a request along with a proposed order reminding you of your duty to complete the Trial Court's Certification of Defendant's Right to Appeal. This request was sent to you on November 12, 2015 via both electronic mail and USPS to your attention. A copy of this letter along with the proposed order is attached hereto.

On November 17, 2015, the Clerk for the Twelfth Court of Appeals sent me a notice stating that the above referenced certification was not on file. The Clerk sent you a courtesy copy of this letter. A copy of this letter is also attached hereto.

A trial court has a ministerial duty to complete a Trial Court's Certification of Defendant's Right to Appeal in every criminal case that is disposed before it's court. This certification is to be completed at the time the trial court disposes with a case. My case was disposed in your Court on November 5, 2015. To date, no Trial Court's Certification of Defendant's Right to Appeal has been filed. This issue is interfering with my right to appeal as the certification is required for the Court of Appeals to have jurisdiction over my appeal.

This letter serves as my notice of intent to seek a writ of mandamus regarding this issue. This petition will be filed on December 4, 2015.

Respectfully,

David Mark Davis II
Applicant, Pro Se

David Mark Davis II
905 N. Loop 499, No. 525
Harlingen, Texas  78550
(936) 238-8507
dmarkdavis2@gmail.com

November 12, 2015

Hon. Wes Suiter
Angelina County Judge
P. O. Box 908
Lufkin, Texas 75902-0908

Subject: Cause 14-1048-1                          Via email wsuiter@angelinacounty.net
         Ex. Parte Davis                                    Via USPS First Class Mail

Dear Judge Suiter,

I have taken appeal of your denial of my application for writ of habeas corpus in the above styled cause.

Pursuant TEX. R. APP. P. 25.2(d), you are required to complete a certification regarding my right to appeal. This is completed on a standard form that is available at
http://www.txcourts.gov/media/208133/certificationofdefendantsrightsappendix.pdf

For your convenience, I have attached a proposed trial court certification. I went ahead and signed my portion of this proposed certification to help speed the process along.

Respectfully,

David Mark Davis II
Applicant, Pro Se

## No. 14-1048-1

§     **IN THE CONSTITUTIONAL**
§
**Ex. Parte DAVID MARK DAVIS II**   §     **COUNTY COURT**
§
§     **ANGELINA COUNTY, TEXAS**
§

TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

[✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or* ]

[ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or* ]

[ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [ *or* ]

[ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or* ]

[ ] the defendant has waived the right of appeal.

_____           _____
Judge                                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

                                            N/A Defendant Pro Se

_____           _____
David Mark Davis II                       Defendant's Counsel
Applicant, Pro Se                         State Bar of Texas ID number
905 N. Loop 499, No. 525                Mailing Address:
Harlingen, Texas 78550                 Telephone number:
(936) 238-8507                         Fax number (if any):

     * "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)

# Certification of Defendant's Right of Appeal

No. _____

The State of Texas                                          In the _____ Court

v.                                                          of

_____                    _____ County, Texas

Defendant

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

[] is not a plea-bargain case, and the defendant has the right of appeal. [*or* ]

[] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or* ]

[] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [ *or* ]

[] is a plea-bargain case, and the defendant has NO right of appeal. [*or* ]

[] the defendant has waived the right of appeal.


_____                    _____
Judge                                                      Date Signed

I have received a copy of this certification.  I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.  I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2  I acknowledge that, if I wish to appeal this case and if I am entitled to do so,  it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit.  I understand that, because of appellate deadlines,  if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.


_____                    _____
Defendant                                                  Defendant's Counsel
Mailing Address:                                           State Bar of Texas ID number
Telephone number:                                          Mailing Address:
Fax number (if any)                                        Telephone number:
                                                           Fax number (if any):


* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)



**TWELFTH COURT OF APPEALS**

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
PAM ESTES

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

November 17, 2015

Mr. James M. Yakovsky
Asst. County Attorney
P. O. Box 1845
Lufkin, TX 75902-1845
* DELIVERED VIA E-MAIL *

David Mark Davis II
PO Box 530908
Harlingen, TX 78553
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:      12-15-00273-CR
            Trial Court Case Number:  14-1048-1

**Style:**    Ex Parte: David Mark Davis, II

Pursuant to TEX. R. APP. P. 37.1, notice is hereby given that the notice of appeal filed in this case fails to contain the trial court's certification of defendant's right of appeal specifically required by TEX. R. APP. P. 25.2(d). You are hereby notified pursuant to TEX. R. APP. P. 44.3 that unless a trial court's certification of defendant's right of appeal is filed in compliance with TEX. R. APP. P. 25.2(d) on or before **December 17, 2015**, the appeal will be referred to the Court for dismissal.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

CC:     Ms. Amy Fincher (DELIVERED VIA E-MAIL)
        Wes Suiter (DELIVERED VIA E-MAIL)